# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. MILLER,           Petitioner,<br><br>v.<br><br>G.D. LEWIS, WARDEN,           Respondent. | NO. CV 12-8709-JAK (MAN)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: 10/28/14

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE